Charles Nagle, Respondent, v. Joseph M. Rubin, Appellant.— Order affirmed,

with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.